UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| RANDALL WEDDLE, | ) |
|       Petitioner, | ) |
|       v. | )    2:24-cv-280-LEW |
| ANTHONY DEGNER, *Administrator of South Woods State Prison*, | ) |
|       Respondent | ) |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On March 21, 2025, United States Magistrate Judge John C. Nivison filed with the court, with copies to the parties, his Recommended Decision (ECF No. 17) on Weddle's Petition for Writ of Habeas Corpus (ECF No. 1).

The time within which to file objections expired on April 4, 2025, and no objection had been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. However, on April 16, 2025, Weddle filed a late Objection to the Recommended Decision (ECF No. 18).

I have reviewed and considered the Recommended Decision, together with the entire record, including Weddle's Objection; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.

It is therefore ORDERED that the Recommended Decision (ECF No. 17) of the Magistrate Judge is hereby AFFIRMED and ADOPTED.

The motion for habeas relief under 28 U.S.C. § 2254 is DENIED and DISMISSED (ECF No. 1) without an evidentiary hearing.

It is further ORDERED that no certificate of appealability will issue from this Court because the Petitioner has not made a substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

Dated this 12th day of May, 2025.

/s/ Lance E. Walker
Chief U.S. District Judge